IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-RJ-0017

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DEBORA A. RAMSEY-WARNER,

        Defendant,

and

PAWN ONE, INC.,

        Garnishee.

---

**ORDER DISMISSING WRIT OF GARNISHMENT**
(Docket No. 7)

---

This matter coming before the Court on motion of the Plaintiff, and the Court being fully advised in the premises, hereby

**ORDERS** that the Motion to Dismiss Writ of Garnishment in this case is GRANTED.

ORDERED and entered this 25TH day of August, 2006.

BY THE COURT:

_____
~~UNITED STATES DISTRICT JUDGE~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE