IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-rj-00017–NONE-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEBORA A. RAMSEY,
    AKA Debora A. Ramsey-Warner,
    AKA Debora A. Warner,

    Defendant,

and

H.E.B. GROCERY,

    Garnishee.

---

### ORDER DISMISSING WRIT OF GARNISHMENT (Docket No 13)

---

This matter coming before the Court on motion of the Plaintiff and the Court being fully advised in the premises, the Court hereby **ORDERS** that the Motion to Dismiss Writ of Garnishment in this case is GRANTED.

ORDERED and entered this 12Th day of April, 2010.

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE

**MICHAEL J. WATANABE**
U.S. MAGISTRATE JUDGE
**DISTRICT OF COLORADO**